No. 74–157.  UNITED HOUSING FOUNDATION, INC., ET AL. v. FORMAN ET AL.  C. A. 2d Cir.  Motion to defer consideration of petition for writ of certiorari granted.

No. 74–5522.  DOLPHUS v. WAINWRIGHT, CORRECTIONS DIRECTOR.  Motion for leave to file petition for writ of habeas corpus denied.

No. 74–5374.  MONTEER v. CHIEF JUDGE, UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT; and
No. 74–5481.  DOLLAR v. CALIFORNIA ET AL.  Motions for leave to file petitions for writs of mandamus denied.

No. 74–201.  CITY OF RICHMOND, VIRGINIA v. UNITED STATES ET AL.  Appeal from D. C. D. C.  Motion of appellee Holt for leave to proceed in forma pauperis granted.  Probable jurisdiction noted.  MR. JUSTICE POWELL took no part in the consideration or decision of this matter.

No. 74–22.  IVAN ALLEN CO. v. UNITED STATES.  C. A. 5th Cir.  Certiorari granted.

No. 74–415.  RONDEAU v. MOSINEE PAPER CORP.  C. A. 7th Cir.  Certiorari granted.

No. 74–450.  BUTTERFIELD, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. v. ROBERTSON ET AL. C. A. D. C. Cir.  Certiorari granted.

No. 74–452.  TWENTIETH CENTURY MUSIC CORP. ET AL. v. AIKEN.  C. A. 3d Cir.  Certiorari granted.